1 BESS M. BREWER, #100364
LAW OFFICE OF
2 BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 Sacramento, CA 95817
Telephone: (916) 454-3111
4 Facsimile: (916) 454-3131

5 Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CHARLOTTE GLOVER, | ) | Case No. CIV-09-898 CMK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE Commissioner of Social Security of the United States of America, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from October 29, 2009 to December 18, 2009.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: October 29, 2009          */s/Bess M. Brewer*
                                 BESS M. BREWER
                                 Attorney at Law

                                 Attorney for Plaintiff


Dated:October 29, 2009           Lawrence G. Brown

                                 Acting United States Attorney

                                 */s/ Shea Lita Bond*
                                 SHEA LITA BOND
                                 Special Assistant U.S. Attorney
                                 Social Security Administration

                                 Attorney for Defendant


**ORDER**

APPROVED AND SO ORDERED.


 DATED:  November 3, 2009

                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE

2