BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLOTTE GLOVER** | Case No. CIV-09-898 CMK |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from February 5, 2009, to March 29, 2010. This [third] extension is required due to Plaintiff's counsel's impacted briefing schedule.

////

////

////

| | | |
|---|---|---|
| Dated: February 5, 2010 | | /s/Bess M. Brewer |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | |
| | | Attorney for Plaintiff |

Dated: February 5, 2010                Benjamin G. Wagner
                                       United States Attorney

                                       /s/ Shea Lita Bond
                                       SHEA LITA BOND
                                       Special Assistant U.S. Attorney
                                       Social Security Administration

                                       Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 10, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE