1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE GLOVER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>**Commissioner of Social Security** )<br>**of the United States of America,** )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.  CIV-09-898 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from  March 29, 2010, to April 9, 2010.   This [fourth] additional extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: March 29, 2010         */s/Bess M. Brewer*
                                      BESS M. BREWER
                                      Attorney at Law

                                      Attorney for Plaintiff

Dated: March 29, 2010         Benjamin G. Wagner
                                      United States Attorney

                                      */s/ Shea Lita Bond*
                                      SHEA LITA BOND
                                      Special Assistant U.S. Attorney
                                      Social Security Administration

                                      Attorney for Defendant

**ORDER**

This is Plaintiff's fourth extension of time. Plaintiff is cautioned that further extensions of time are discouraged and will be denied unless good cause is shown. Failure to comply may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 110.

APPROVED AND SO ORDERED.

DATED: April 1, 2010

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE