1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 CHARLOTTE GLOVER,                          No. CIV S-09-0898-CMK

12                    Plaintiff,

13          vs.                                              ORDER

14 COMMISSIONER OF SOCIAL
   SECURITY,
15
                   Defendant.
16 _____/

17          Plaintiff, who is proceeding with retained counsel, brings this action for judicial

18 review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On

19 April 2, 2010, the court approved Plaintiff's stipulation extending the time for filing a motion for

20 summary judgment to April 9, 2010.  However, by May 5, 2010, no motion for summary

21 judgment had been filed.  The court then issued an order to show cause why this action should

22 not be dismissed for Plaintiff's failure to file a dispositive motion.

23          Plaintiff responded to the order to show cause by filing a response with a request

24 for additional time due to counsel's excusable neglect.  Counsel indicated that opposing counsel

25 has no objection to her late filed motion.  In addition, the required dispositive motion has been

26 filed.

1          Good cause appearing therefor, the order to show cause is discharged, and

2   Plaintiff's motion for summary judgment is deemed properly filed.  Defendant's cross-motion for

3   summary judgment shall be filed pursuant to the time set forth in the court's scheduling order.

4          IT IS SO ORDERED.

5

6    DATED:  May 28, 2010

7

8                                              **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26